UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ERIC JERVON MCGEE,** <br> **# 02167666,** <br><br> **Plaintiff,** <br><br> v. <br><br> **WARDEN TERRY ANDREWS; E.R. DELTA 4 BUNK 47; WALLE DELTA 4 BUNK 41; ET AL.,** <br><br> **Defendants.** | § § § § § § § § § § § § § <br><br> SA-24-CV-00444-FB |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff Eric Jervon McGee's Section 1983 Complaint because it duplicated claims set out in a previously filed action, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**It is ORDERED and ADJUDGED** that:

1. Plaintiff's Section 1983 claims against Defendants, TDCJ Warden Terry Andrews, E.R. Delta 4 Bunk 47, Walle Delta 4 Bunk 41, Trey Delta Bunk 16 and Securus, are DISMISSED WITH PREJUDICE pursuant to §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code because they are duplicative of claims set out in a previously filed action and are, therefore, malicious.

2. The Clerk of Court shall forward a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three-strikes list.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 22nd day of May, 2024.

                                         _____
                                         FRED BIERY
                                         UNITED STATES DISTRICT JUDGE